| | |
|---|---|
| **REID COLLINS & TSAI LLP**<br>Marc S T Dworsky (State Bar No. 157413)<br>920 Camino Viejo<br>Montecito, CA 93108<br>(626) 429-4022<br>mdworsky@reidcollins.com<br><br>**REID COLLINS & TSAI LLP**<br>Minyao Wang*<br>Yonah Jaffe*<br>420 Lexington Avenue<br>Suite 2731<br>New York, NY 10170<br>(212) 344-5200<br>mwang@reidcollins.com<br>yjaffe@reidcollins.com<br><br>**REID COLLINS & TSAI LLP**<br>Jonathan M. Kass*<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801-6600<br>(302) 467-1765<br>jkass@reidcollins.com | **LABATON SUCHAROW LLP**<br>Ira A. Schochet*<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0864<br>Facsimile: (212) 883-7064<br>ischochet@labaton.com<br><br>*Additional Counsel* |

*Pro hac vice* applications forthcoming

*Counsel for Petitioner*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br><br>507 SUMMIT LLC,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery For Use In a Foreign Proceeding. | Case No. 23-mc-80069<br><br>**DISCLOSURE OF INTERESTS PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL CIVIL RULE 3-15** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 3-15, Petitioner 507 Summit LLC hereby discloses that (i) it is privately owned and is not a corporation, (ii) it therefore cannot and does not have a parent corporation, and (iii) no publicly held corporation

owns ten percent or more of its membership interest. In addition, Petitioner is not aware of any conflict within the meaning of Local Civil Rule 3-15.

      Petitioner reserves the right to supplement this disclosure statement if needed.

Dated: March 10, 2023      By:    /s/Marc S T Dworsky

    **REID COLLINS & TSAI LLP**
    Marc S T Dworsky (State Bar No. 157413)
    920 Camino Viejo
    Montecito, CA 93108
    (626) 429-4022
    mdworsky@reidcollins.com

    **REID COLLINS & TSAI LLP**
    Minyao Wang*
    Yonah Jaffe*
    420 Lexington Avenue
    Suite 2731
    New York, NY 10170
    (212) 344-5200
    mwang@reidcollins.com
    yjaffe@reidcollins.com

    **REID COLLINS & TSAI LLP**
    Jonathan M. Kass*
    300 Delaware Avenue, Suite 770
    Wilmington, DE 19801-6600
    (302) 467-1765
    jkass@reidcollins.com

    *Counsel for Petitioner*

    **LABATON SUCHAROW LLP**
    Ira A. Schochet*
    140 Broadway
    New York, NY 10005
    Telephone: (212) 907-0864
    Facsimile: (212) 883-7064
    ischochet@labaton.com

    *Additional Counsel*

    **Pro hac vice* applications forthcoming