**REID COLLINS & TSAI LLP**
Marc S T Dworsky (State Bar No. 157413)
920 Camino Viejo
Montecito, CA 93108
(626) 429-4022
mdworsky@reidcollins.com

**REID COLLINS & TSAI LLP**
Minyao Wang*
Yonah Jaffe*
420 Lexington Avenue
Suite 2731
New York, NY 10170
(212) 344-5200
mwang@reidcollins.com
yjaffe@reidcollins.com

**REID COLLINS & TSAI LLP**
Jonathan M. Kass*
300 Delaware Avenue, Suite 770
Wilmington, DE 19801-6600
(302) 467-1765
jkass@reidcollins.com

**LABATON SUCHAROW LLP**
Ira A. Schochet*
140 Broadway
New York, NY 10005
Telephone: (212) 907-0864
Facsimile: (212) 883-7064
ischochet@labaton.com

*Additional Counsel*

*Pro hac vice* applications forthcoming

*Counsel for Petitioner*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re Application of

507 SUMMIT LLC,

Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery For Use In a Foreign Proceeding.

Case No. 23-mc-80069

**DECLARATION OF MINYAO WANG IN SUPPORT PETITIONER'S APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING**

I, Minyao Wang, hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in the State of New York. I am currently employed at the law firm of Reid, Collins & Tsai LLP, which is counsel to 507 Summit LLC ("Petitioner" or "507 Summit") in the above-captioned matter.

2. I make this declaration in support of Petitioner's concurrently filed *Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding* (the "Application"). My *pro hac vice* admission in this matter is forthcoming.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

4. Petitioner brings this Application to obtain discovery under 28 U.S.C. § 1782 from David Katsujin Chao ("Mr. Chao") for use in an appraisal proceeding pending before the Grant Court of the Cayman Islands (the "Appraisal Proceeding"), to which Petitioner is a party. Mr. Chao was the Chairman of 51job, Inc. (the "Company") at the time of its take-private merger and signed the proxy statement issued by the Company in connection with the merger.

5. Attached hereto as **Exhibit A**, is a true and correct copy of the proposed subpoena that Petitioner seeks to serve on Mr. Chao for use in the Appraisal Proceeding.

6. Attached hereto as **Exhibit B**, is a true and correct copy of the Company's draft Proxy Statement dated July 6, 2022

7. Attached hereto as **Exhibit C**, is a true and correct copy of the Company's Proxy Statement dated March 29, 2022.

8. Attached hereto as **Exhibit D** is a true and correct copy of the Company's Schedule 13e-3 Transaction Statement, filed on July 6, 2021.

9. Attached hereto as **Exhibit E** is a true and correct copy of the Company's amended Schedule 13e-3 Transaction Statement, filed on March 29, 2022.

10. Attached hereto as **Exhibit F**, is a true and correct copy of a press release issued by the Company on March 1, 2022.

11. Attached hereto as **Exhibit G**, is a true and correct copy of a press release issued by the Company on April 27, 2022.

12. Attached hereto as **Exhibit H**, is a true and correct copy of an affidavit sworn by Jason M. Burke in *In re Renren, Inc. Derivative Litig.*, Index No. 653594/2018, NYSCEF No. 7 (Sup. Ct. N.Y. Cnty. Sept. 25, 2018).

13. Attached hereto as **Exhibit I**, is a true and correct copy of an affidavit sworn by Mr. Chao in *In re Renren, Inc. Derivative Litig.*, Index No. 653594/2018, NYSCEF No. 79 (Sup. Ct. N.Y. Cnty. May 10, 2019).

13. Attached hereto as **Exhibit J** is a true and correct copy of the Articles of Incorporation for Addal SF, LLC.

14. Attached hereto as **Exhibit K** is a true and correct copy of a grant deed dated February 8, 2012 for 72 Ralston Road in Atherton, California.

15. Attached hereto as **Exhibit L and Exhibit M** are true and correct copies of grant deeds dated June 2, 2022 for the property at 4323 25th Street, San Francisco, California.

16. Attached hereto as **Exhibit N** is a true and correct copy of the California Secretary of State's registration file for Zoro X LLC.

17. Attached hereto as **Exhibit O** is a true and correct copy of a printout from the home page of DCM Management Co.

18. Attached hereto as **Exhibit P** is a true and correct copy of the Amended Civil Minutes in *FourWorld Event Opportunities, LP v. Houlihan Lokey, Inc.*, No. 21-mc-1019-CASJPR, ECF No. 56 (C.D. Cal. Jan. 6, 2022).

19. Attached hereto as **Exhibit Q** is a true and correct copy true and correct copy of the November 18, 2021, Transcript of the Hearing re: Petitioners' Application in *FourWorld Event Opportunities, LP v. Houlihan Lokey, Inc.*, No. 21- mc-1019-CAS-JPR, ECF No. 40 (C.D. Cal. Nov. 22, 2021).

20. Attached hereto as **Exhibit R** is a true and correct copy of the Company's press release dated November 8, 2021.

DECLARATION OF MINYAO WANG IN SUPPORT OF PETITIONER'S APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING

21. Attached hereto as **Exhibit S** is a true and correct copy of the Company's press release dated April 27, 2022.

22. Attached hereto as **Exhibit T** is a true and correct copy of the Company's press release dated May 6, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 10, 2023, at Staten Island, New York.

_____
Minyao Wang

---

3

DECLARATION OF MINYAO WANG IN SUPPORT OF PETITIONER'S APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING