# EXHIBIT H

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------------X

HENG REN SILK ROAD INVESTMENTS LLC and
OASIS INVESTMENTS II MASTER FUND LTD.,
derivatively on behalf of nominal defendant RENREN,
INC.,

                                Plaintiffs,

                -against-

JOSEPH CHEN and DAVID CHAO,

                            Defendants.

----------------------------------------------------------------------X

Index No. 653594/2018

**AFFIRMATION
OF SERVICE**

State of California    )
                      )
County of Alameda   )

The undersigned, Jason M. Burke, affirms and says:

    1.     I am not a party to the action, and I am over 18 years of age.  My place of business

is located at D&R Legal Process Service, L.L.C., 39159 Paseo Padre Parkway, Suite 112, Fremont,

California 94538.

    2.     At the instruction of Nathan Palmer an attorney, at Reid Collins & Tsai, LLP, I

personally served by substituted service the following documents in the above-captioned matter

on David Chao at DCM Ventures, 2420 Sand Hill Road, Suite 200, Menlo Park, California 94025:

           a.  Summons;

           b.  Complaint;

           c.  Request for Judicial Intervention with Addendum;

           d.  Commercial Division Request for Judicial Intervention Addendum; and

           e.  Notice of Commencement.

1

3.     I personally delivered a true copy of the aforesaid documents by substituted service on Tuesday, September 4, 2018 at 1:49 P.M. to Heidi Neri, age 30, who was either the receptionist or person apparently in charge at DCM Ventures at 2420 Sand Hill Road, Suite 200, Menlo Park, California.     I informed Ms. Neri of the nature of the documents and mailed a copy of those documents on September 5, 2018 to David Chao's attention at DCM Ventures at 2420 Sand Hill Road, Suite 200, Menlo Park, California

4.     I also attempted service at David Chao's gated residence, located at 72 Ralston Rd., Atherton, California, 94027.  I was unable to serve Mr. Chao at that location.

5.     I affirm this 25 day of September, 2018, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.


Name: Jason M. Burke

2