# EXHIBIT I

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------- x
                                                                :
IN RE RENREN, INC.                                              :   Index No. 653594/2018
DERIVATIVE LITIGATION                                           :
                                                                :
                                                                :   Hon. Andrew Borrok
                                                                :
                                                                :
                                                                :   Mot. Seq. _____
                                                                :
--------------------------------------------------------------- x

STATE OF CALIFORNIA         )
                            ):SS
COUNTY OF San Mateo         )

DAVID CHAO, being duly sworn, deposes and states as follows:

    1.    I live in Atherton, California.

    2.    I was a director of Renren Inc., a Cayman Islands company headquartered in China, from March 2006 until my resignation on July 26, 2018.

    3.    I am one of five general partners of DCM Ventures, a venture capital firm based in Menlo Park, California. DCM Ventures has no place of business in New York.

    4.    I understand that the plaintiffs in this case allege in Paragraph 48 of their Complaint that "Defendant Chao—through his firm DCM Ventures—has made equity investments in at least nine companies that are headquartered in New York: (1) About.com; (2) adspace; (3) Button; (4) Fubo TV; (5) Jackpocket; (6) Keep Holdings; (7) PayPerks; (8) Roomi; and (9) X.ai."

    5.    For each investment that DCM Ventures decides to make in a company, one of DCM Ventures' five general partners sponsors the investment for consideration by DCM

Ventures' general partners. If the general partners approve the investment, the sponsoring general partner is then responsible for the investment afterwards.

6. I was not the general partner who sponsored DCM Ventures' investments in seven of the nine companies that plaintiffs list in Paragraph 48 of the Complaint. I have not traveled to New York with the primary purpose to visit any of these investments. The seven companies are adspace; Fubo TV; Jackpocket; Keep Holdings; PayPerks; Roomi; and X.ai.

7. I was the general partner who sponsored DCM Ventures' investment in Button, one of the nine companies mentioned in Paragraph 48 of the Complaint, and I also assisted the general partner who sponsored DCM Ventures' investment in About.com, another one of the nine companies mentioned in Paragraph 48 of the Complaint.. Button is just one of more than 100 investments that I have sponsored at DCM Ventures across the United States and globally since the firm's inception. DCM Ventures is not the lead investor in Button, and I do not serve, and have never served, on Button's board of directors.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this _10_ day of _May_, _2019_.

David Chao

SWORN TO AND SUBSCRIBED
before me this ____ day of _____, ____.

YONGXIANG LI
Notary Public - California
San Mateo County
Commission # 2250657
My Comm. Expires Jul 21, 2022

_____
Notary Public, State of California

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  )
County of __San Mateo__  )

On __May 10, 2019__ before me, __Yongxiang Li, notary public__,
   Date                                 Here Insert Name and Title of the Officer

personally appeared __David Chau__
                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
           Signature of Notary Public

[Notary Seal: YONGXIANG LI, Notary Public - California, San Mateo County, Commission # 2250657, My Comm. Expires Jul 21, 2022]

Place Notary Seal Above
———————————— OPTIONAL ————————————
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _____
Document Date: _____  Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual       ☐ Attorney in Fact
☐ Trustee          ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual       ☐ Attorney in Fact
☐ Trustee          ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2015 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)  Item #5907

## CERTIFICATE OF CONFORMITY OF ACKNOWLEDGMENT

STATE OF CALIFORNIA          :
                             : ss.:
COUNTY OF SAN FRANCISCO      :

The undersigned does hereby certify that he is an attorney-at-law duly admitted to practice in the State of California, and is a resident of Alameda County in the State of California; that he is a person duly qualified to make this certificate of conformity pursuant to Section 299-a of the Real Property Law of the State of New York; that he is fully acquainted with the laws of the State of California pertaining to the acknowledgment or proof of deeds of real property to be recorded therein; that the foregoing acknowledgment of David Chao named in the foregoing instrument taken before Yongxiang Li, a notary public on May 10, 2019, was taken in the manner prescribed by such laws of the State of California, being the state in which it was taken; and that it duly conforms with such laws and is in all respects valid and effective in such state.

Witness my signature this 10th day of May 2019

_____
Nicholas A. Reider
Attorney-at-law admitted to practice in the
State of California, residing in the State of
California

**CERTIFICATE OF WORD COUNT**

I, Adam Slutsky, hereby certify, in accordance with Commercial Division Rule 17, that this Memorandum contains 364 words, as measured by the word count of the word-processing software used to prepare this document. Pursuant to Rule 17, this word count excludes the caption, table of content, table of authorities, and signature block.

Dated: May 10, 2019                                             */s/ Adam Slutsky*

                                                                Adam Slutsky

ACTIVE/99514485.1