# EXHIBIT J



**California Secretary of State**
Electronic Filing



## LLC Registration – Articles of Organization

Entity Name:

Entity (File) Number:
File Date:
Entity Type: Domestic LLC
Jurisdiction: California

Detailed Filing Information

1. Entity Name:

2. Business Addresses:
   a. Initial Street Address of Designated Office in California:

   b. Initial Mailing Address:

3. Agent for Service of Process:

4. Management Structure:

5. Purpose Statement: The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

Electronic Signature:

The organizer affirms the information contained herein is true and correct.

Organizer:

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.