# EXHIBIT K

**2012-026709**

3:08 pm 02/28/12 DE Fee: 21.00
Count of Pages 3 non-dis
Recorded in Official Records
County of San Mateo
Mark Church
Assessor-County Clerk-Recorder

\* R 0 0 0 1 3 5 8 4 6 1 \*

RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:
NAME: ADDAL LLC
STREET ADDRESS: 72 RALSTON
ATHERTON, CA 94027
CITY
STATE
ZIP

THIS SPACE FOR RECORDER'S USE ONLY

**GRANT DEED**

ASSESSOR'S PARCEL NO: 059·292·100

TITLE ORDER NO: _____

ESCROW NO: _____

The undersigned Grantor(s) declare(s) that the **DOCUMENTARY TRANSFER TAX IS**: $_____ County, $_____ City *NOT SHOWN*
____ computed on the full value of the interest of property conveyed, or
____ computed on the full value less the value of liens or encumbrances remaining thereon at the time of sale OR transfer
is **exempt** from tax **for the following reason:**

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
Grantor/Seller Leo Apotheker and Liliane A. Apotheker **TRUSTEES OF THE APOTHEKER FAMILY TRUST U/A/D SEPTEMBER 27, 2011**
hereby GRANT(S) to

**ADDAL, LLC A DELAWARE LIMITED LIABILITY COMPANY**

all that real property situated in the city of Atherton
                                                   (name of city or unincorporated area)
County of San Mateo, State of California, described as

LEGAL DESCRIPTION ATTACHED AND MADE A PART HEREOF

Dated 1/4/12

X _____
Leo Apotheker

✓ STATE OF CALIFORNIA
COUNTY OF San Mateo ) ss

On 1/4/12 before me Loren Frediani
Notary Public, a Notary Public in and for said State, personally appeared Leo Apotheker and Liliane A. Apotheker Husband and wife who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

✓ Signature _____

X _____
Liliane A. Apotheker

LOREN FREDIANI
Commission # 1924087
Notary Public - California
San Mateo County
My Comm. Expires Mar 1, 2015

(This is for official notary seal)

MAIL TAX STATEMENTS TO: _____
NAME                  ADDRESS                  CITY, STATE & ZIP

MFI-BR-10322-12703

Transfer Tax Declared and Paid Pursuant to Sect. 2920 of Ord. 1987 amended by Ord. 1898

Document Number: 2012-026709 Page: 1 of 3

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

STATE OF CALIFORNIA }
COUNTY OF San Mateo }

On 1/4/12, before me, Loren Frediani, Notary Public, personally appeared Leo Apotheker and Liliane A. Apotheker, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

LOREN FREDIANI
Commission # 1924087
Notary Public - California
San Mateo County
My Comm. Expires Mar 1, 2015

## OPTIONAL SECTION
## CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the data below, doing so may prove invaluable to persons relying on the document.

[ ] Individual

[ ] Corporate Officer(s) _____ Title(s)

[ ] Partner(s)  [ ] Limited  [ ] General

[ ] Attorney-In-Fact

[ ] Trustee(s)

[ ] Guardian/Conservator

[ ] Other _____

LOREN FREDIANI
Commission # 1924087
Notary Public - California
San Mateo County
My Comm. Expires Mar 1, 2015

**SIGNER IS REPRESENTING:**

_____          _____
Name of Person or Entity          Name of Person or Entity

## OPTIONAL SECTION

Though the date requested here is not required by law, it could prevent fraudulent reattachment of this form.

**THIS CERTIFICATE MUST BE ATTACHED TO THE DOCUMENT DESCRIBED BELOW**

Title or Type of Document: _____

Number of Pages: _____  Date of Document: _____

Signer(s) Other Than Named Above: _____

Order Number: **4102-3867835**
Page Number: 6

## LEGAL DESCRIPTION

Real property in the City of Atherton, County of San Mateo, State of California, described as follows:

BEGINNING AT A POINT ON THE DIVIDING LINE BETWEEN SECTION "G" & SECTION "K" OF SELBY TRACT WHICH BEARS NORTH 57° 55' WEST 282.5 FEET FROM THE CENTER LINE OF ALMENDRAL AVENUE AND RUNNING THENCE NORTH 32° 5' EAST 345 FEET TO THE CENTER OF ROAD; THENCE NORTH 57° 55' WEST ALONG THE CENTER OF SAID ROAD 125 FEET; THENCE SOUTH 32° 5' WEST 345 FEET TO SAID DIVIDING LINE BETWEEN SECTION "G" AND SECTION "K"; THENCE SOUTH 57° 55' EAST 125 FEET ALONG SAID DIVIDING LINE TO THE POINT OF BEGINNING.

BEING PORTION OF SECTION "G" AS SHOWN ON THAT CERTAIN MAP ENTITLED, "MAP OF THE PARTITION OF THE SELBY TRACT ATHERTON, SAN MATEO COUNTY, CALIFORNIA, SUBDIVIDED IN OCTOBER 1919 BY DAVENPORT BROMFIELD C.E.", FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY, MARCH 2, 1920 IN BOOK 10 OF MAPS AT PAGES 29 AND 30.

APN: 059-292-100 JPN: 059-029-292-10

County of San Mateo
Clerk-Recorder
Mark Church
555 County Center
Redwood City, CA 94063
(650) 363-4500

Receipt No.: RPT20230011077

Finalization No.: 2023010874

Cashier:      99

Register:     026

Date/Time:    03/06/2023 02:57 PM

| Item | Title | Count |
|---|---|---|
| 1 | PCOPY | 1 |

Pick-Up Copy
Reference No.:                  15483-DEED
Copy of Document:               2012-026709
Page Numbers to Copy:                   All
No. of Regular copies:                    1
Transaction Time:                  02:57 PM
Transaction Total:                   $7.00
Transaction Fee:                     $7.00

Total Amount Due:

Total Paid
Check Tendered:                      $7.00
  #34973
Amount Due:                          $0.00

THANK YOU
PLEASE RETAIN THIS RECEIPT
FOR YOUR RECORDS

https://www.smcacre.org/



03/06/2023 02:58 PM