# EXHIBIT M



City and County of San Francisco
Joaquín Torres, Assessor-Recorder

| Doc # **2022056189** | | Fees | $23.00 |
|---|---|---|---|
| 6/2/2022 | 3:34:44 PM | Taxes | $0.00 |
| GS | Electronic | Other | $0.00 |
| Pages 4 | Title 001 | SB2 Fees | $75.00 |
| Customer | 2356 | Paid | $98.00 |

RECORDING REQUESTED AND WHEN
RECORDED MAIL ORIGINAL TO:

Rebecca L. O'Toole
Withers Bergman LLP
6050 El Tordo
P.O. Box 2329
Rancho Santa Fe, California 92067

MAIL TAX STATEMENTS TO:

Addal SF, LLC
4323 25th Street
San Francisco, CA 94114

SPACE ABOVE THIS LINE FOR RECORDER'S USE

DOCUMENTARY TRANSFER TAX $ -0- , pursuant to Rev. & Tax'n Code Section 11925. This conveyance changes the manner in which title is held; grantor and grantee remain the same and continue to hold the same proportionate interest

Signature of Declarant or Agent determining tax

A.P.N.: Block 6545, Lot 34

## GRANT DEED

GRANTOR(S): PREMIER TRUST, INC., a Nevada corporation, as Trustee of the ADDAL IRREVOCABLE TRUST II dated December 28, 2020, GRANT(S) to ADDAL SF, LLC, a California limited liability company, all of its undivided one-half interest in the real property in the City and County of San Francisco, State of California, and more particularly described on Exhibit A attached hereto and made a part hereof, commonly known as 4323 25th Street, San Francisco.

THERE IS NO CONSIDERATION FOR THIS TRANSFER.

ADDAL IRREVOCABLE TRUST II dated December 28, 2020, by Premier Trust, Inc., a Nevada corporation, Trustee

Dated: January 22, 2021

By: Jonathan Williams
Its: Trust Officer

MAIL TAX STATEMENTS AS INDICATED ABOVE

SF00238/0001-US-8839750/1

1.

## ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF NEVADA  )
                 ) ss.
COUNTY OF CLARK  )

On January 12, 2021, before me, Karyn Smith, Notary Public, personally appeared Jonathan Williams, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY of PERJURY under the laws of the State of Nevada that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature Karyn Smith        (Seal)

[Notary Seal: KARYN SMITH, Notary Public State of Nevada, Appointment No. 17-3525-1, My Appt. Expires Sep 23, 2021]

## EXHIBIT A

## Legal Description of the Property

The property in the City and County of San Francisco, State of California, described as follows:

BEGINNING at a point on the southerly line of 25th Street distant thereon 133 feet 4 inches westerly from the westerly line of Diamond Street; running thence westerly and along said line of 25th Street 26 feet and 8 inches; thence at a right angle southerly 114 feet; thence at a right angle easterly 26 feet and 8 inches; thence at a right angle northerly 114 feet to the point of beginning.

BEING Part of Horners Addition Block No. 211.

# ILLEGIBLE NOTARY SEAL DECLARATION

Government Code 27361.7

I certify under penalty of perjury under the laws of the State of California that the notary seal on the document to which this statement is attached reads as follows:

Name of Notary: KARYN SMITH

Name of County: CLARK COUNTY, STATE OF NEVADA

Date of Commission Expires: SEPTEMBER 23, 2021

Notary Identification Number: 17-3825-1

Signature of person (firm names if any) making verification

Date: 6/2/2022

Location: SAN FRANCISCO
(City)
State of California