# EXHIBIT O

**BEIJING**

Unit 1, Level 10, Tower W2
Oriental Plaza
No.1 East Chang An Ave
Dong Cheng District
Beijing 100738 P.R. China

TEL
+011 8610 6511 1799 FAX

**SILICON VALLEY**

2420 Sand Hill Road
Suite 200
Menlo Park, CA 94025

TEL
+1 650 854 9159 FAX

**TOKYO**

the ARGYLE aoyama 15F
2-14-4 Kita-aoyama, Minato-ku,
Tokyo, 107-0061
Japan

TEL
+011 81 3 4520 2311 FAX

# DAVID CHAO 赵克仁 茶尾克仁

SILICON VALLEY, U.S.



## Co-Founder and General Partner

### ABOUT

David is Co-Founder and General Partner at DCM. At DCM, he guides portfolio companies in formulating corporate and product marketing strategies, developing strong management teams and implementing domestic and international partnerships. David is the Chairman of 51job (Nasdaq: JOBS), the largest HR advertisement & outsourcing company in China. He is also responsible for the investments in 99Bill (Wanda Group), All About Japan, Inc. (JASDAQ: 2454), Careem (Uber), eDreams (ODIGEO), Fortinet (Nasdaq: FTNT), Kabu.com (TSE: 8703), Musical.ly (TikTok), Recourse Technologies (Symantec), Sling Media (EchoStar/Dish Networks), SMIC (NYSE: SMI), SoFi (Nasdaq: SOFI), StarFlyer, and UCloud among others. David also serves on the Advisory Board of Legend Capital in China and is a Trustee of The Thacher School. He has been listed as one of the top venture capitalists in Asia and the U.S. by Forbes Magazine since 2004 and was named to the Forbes Midas List Hall of Fame in 2016.

Prior to DCM, David was a Co-Founder and acting CFO/CTO of Japan Communications Inc. (Nasdaq Japan - Hercules: 9424), Japan's first publicly traded mobile virtual network operator (MVNO). Previously, David worked as a management consultant at McKinsey & Company in San Francisco, focused on communications and software industry clients. Earlier in his career, David

worked in marketing and product management at Apple Computer, where he co-authored and implemented Apple Japan's One Billion Dollar Revenue Plan, successfully growing revenues from $25 million to $1 billion. David also managed Apple's portfolio of start-up investments in the U.S. Prior to Apple, David was an account executive at Recruit, Japan's largest HR advertising and web infomediary corporation.

The lighter side of David: At the tender age of 13, David was recruited by a renowned Sumo-house in Japan but had the foresight to turn down the offer and fly to the United States and develop his mind instead of his girth. He then dropped out of Brown University's 7-year medical school program due to excessive vomiting induced by cadavers. Despite his achievement of playing more rounds of golf than any other student in his Stanford Business School class, David had to give up his dream of joining the PGA and resort to being a fanatical food lover, car collector, and a gadget junky.

## PORTFOLIO COMPANIES:

| | |
|---|---|
| 2Wire | 51job |
| 99Bill | Adways |
| AllAbout | Assured Claims |
| Bill.com | BitTorrent |
| Blockfolio | Blued |
| Brigit | Button |
| Careem | Cherry |
| Chia | Clearwire |
| CloudCar | DocSend |
| DXY | eDreams |
| EvenUp | Figure |
| Fortinet | Fountain |
| Handshake | HaoDF |
| JCI (Japan Communications Inc.) | kabu.com |
| Kanbox | KNTV |
| Lumi | Moove |
| Musely | musical.ly (TikTok) |
| Nok Nok Labs | Pitzi |
| Plenty | Polychain Capital |
| Provenance | Recourse Technologies |
| Renren | Scanwell Health |
| Skylo | Slice |
| Sling Media | SLIVER.tv |
| SMIC | SoFi |
| StarFlyer | StreamNative |

Stride Health

Theta Labs

TravelBank

UCloud

VeeR

Verishop

Weekend Health

## HIGHLIGHTS

Will travel anywhere to back great entrepreneurs

Co-Founder of JCI and DCM

Audiophile, food lover, gadget junky

## EDUCATION

Brown University
B.A. with high honors in Economics and East Asian Studies (Anthropology)

Stanford University
M.B.A.

## IN THE NEWS

May 03, 2022
David Chao named to the 2022 A100s list honoring the 100 Asians and Pacific Islanders who had the most impact on culture and society over the past year,

July 05, 2021
VC firm DCM quietly blows out its top tier competitors by generating 30x fund returns. Its secret: Not drinking the Silicon Valley 'Kool-Aid.' (David Chao, Kyle Lui), *Business Insider*

May 18, 2021
The boom in SPAC deals -- five things to know (David Chao), *Nikkei*

February 08, 2021
TikTok rival Kuaishou hits $160bn valuation as shares surge after IPO , *Financial Times*

February 05, 2021
Kuaishou stock soars 160% in world's biggest IPO since 2019, *CNN*

December 08, 2020
DCM is poised to make roughly $1 billion off its $26 million bet on Bill.com (David Chao), *TechCrunch*

December 07, 2020

How Bill.com, The Boring Bookkeeper Of Fintech, Became One Of 2020's Hottest Stocks, *Forbes*

July 07, 2020
VC Fund Backing Firms Worth $206 Billion Eyes China Startups, *Bloomberg*

January 28, 2020
Why 2020 is shaping up to be a strong year for IPOs (David Chao), *Fortune*

August 08, 2019
VC Landscape amid new Softbank Fund (David Chao), *Bloomberg*

VIEW MORE





**Nasdaq: JOBS**     **Jasdaq: 2454**     **Acquired by TA Associates**





**Nasdaq: FTNT**     **NYSE: RENN**     **Acquired by EchoStar**




**Nasdaq: SOFI**     **Management Buy Out**