**REID COLLINS & TSAI LLP**
Marc S T Dworsky (State Bar No. 157413)
920 Camino Viejo
Montecito, CA 93108
(626) 429-4022
mdworsky@reidcollins.com

**REID COLLINS & TSAI LLP**
Minyao Wang*
Yonah Jaffe*
420 Lexington Avenue
Suite 2731
New York, NY 10170
(212) 344-5200
mwang@reidcollins.com
yjaffe@reidcollins.com

**REID COLLINS & TSAI LLP**
Jonathan M. Kass*
300 Delaware Avenue, Suite 770
Wilmington, DE 19801-6600
(302) 467-1765
jkass@reidcollins.com

**LABATON SUCHAROW LLP**
Ira A. Schochet*
140 Broadway
New York, NY 10005
Telephone: (212) 907-0864
Facsimile: (212) 883-7064
ischochet@labaton.com

*Additional Counsel*

*Pro hac vice* applications forthcoming

*Counsel for Petitioner*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br><br>507 SUMMIT LLC,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery For Use In a Foreign Proceeding. | Case No. 23-mc-80069<br><br>**DISCLOSURE OF INTERESTS PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL CIVIL RULE 3-15** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 3-15,

Petitioner 507 Summit LLC hereby discloses that (i) it is privately owned and is not a corporation,

(ii) it therefore cannot and does not have a parent corporation, and (iii) no publicly held corporation

owns ten percent or more of its membership interest.  In addition, Petitioner is not aware of any

conflict within the meaning of Local Civil Rule 3-15.

   Petitioner reserves the right to supplement this disclosure statement if needed.

Dated: March 10, 2023    By:  */s/Marc S T Dworsky*

          **REID COLLINS & TSAI LLP**
Marc S T Dworsky (State Bar No. 157413)
920 Camino Viejo
Montecito, CA 93108
(626) 429-4022
mdworsky@reidcollins.com

**REID COLLINS & TSAI LLP**
Minyao Wang*
Yonah Jaffe*
420 Lexington Avenue
Suite 2731
New York, NY 10170
(212) 344-5200
mwang@reidcollins.com
yjaffe@reidcollins.com

**REID COLLINS & TSAI LLP**
Jonathan M. Kass*
300 Delaware Avenue, Suite 770
Wilmington, DE 19801-6600
(302) 467-1765
jkass@reidcollins.com

*Counsel for Petitioner*

**LABATON SUCHAROW LLP**
Ira A. Schochet*
140 Broadway
New York, NY 10005
Telephone: (212) 907-0864
Facsimile: (212) 883-7064
ischochet@labaton.com

*Additional Counsel*

**Pro hac vice* applications forthcoming

DISCLOSURE OF INTERESTS PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF
CIVIL PROCEDURE AND LOCAL CIVIL RULE 3-15